# EXHIBIT A

SMMUSD Off-Campus HS Independent Study Physical Education Application

_____  _____  _____  _____
STUDENT NAME                        ID #             INCOMING GRADE       COUNSELOR/SCHOOL/DISTRICT



# HIGH SCHOOL
# INDEPENDENT STUDY IN PHYSICAL EDUCATION 2023-24

## APPLICATION PACKET

## School Site:
- ☐ **Malibu HS ([mhsispe@smmusd.org](mailto:mhsispe@smmusd.org)**
- ☐ **Santa Monica HS ([samoispe@smmusd.org](mailto:samoispe@smmusd.org))**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **OFFICE USE ONLY**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Application reviewed by_____on_____, 20_____.

**Application      APPROVED / PENDING (see highlighted) / DENIED (due to the following reason(s))**

_____

_____

_____
(*If denied you may contact the site administrator to request a meeting to review the reasons for denying the application.)

_____   _____
Administrator Signature                                             Date

**Applications must be submitted to the site administrator in charge no later than April 21, 2023.**

**NO LATE APPLICATIONS WILL BE ACCEPTED**

SMMUSD Off-Campus HS Independent Study Physical Education Application

## **OVERVIEW**

We believe that all students benefit from participating in physical education that is provided through a comprehensive standard aligned program that integrates physical fitness into the broad range of activities that students enjoy. Quality physical education programs help all students develop health-related fitness, physical competence, cognitive understanding, and positive attitudes about physical activity, so that they can establish healthy and physically active habits. With high-quality physical education instruction, students become confident, independent, self-controlled, and resilient; develop positive social skills; set and strive for personal, achievable goals; learn to assume leadership; cooperate with others; accept responsibility for their own behavior; and, ultimately, improve their academic performance.

Independent Study in Physical Education (ISPE) is an educational option designed by the California Department of Education (CDE) and approved by the Santa Monica-Malibu Unified School District (SMMUSD). ISPE affords students the opportunity to extend physical education learning activities beyond the school campus and regular school hours. ISPE allows the student advanced study in activities not normally available in the District's physical education program. ISPE is an instructional strategy for delivering California's standards-based, grade-level content; not an alternative curriculum, and is expected to be equal in quality to classroom instruction. EC Section 51745(a)(3). ISPE typically involves a physical activity in which the applicant has become **highly competitive** at a state, regional, or local level. ISPE is available to any new or continuing student entering grades **9-12. ISPE** application/agreements are available at all secondary school sites. The school site administrator is responsible for informing new and returning student of the availability of ISPE as part of the orientation process. Site administrators authorize, supervise and monitor all ISPE activities and contracts. A major factor in determining acceptance or rejection of this request will be the difference between a **recreational** and a **competitive** program.

### **All of the following conditions and guidelines must be met by April 21, 2023:**

> o  Application form and all included paperwork shall be completed and submitted to the site administrator in charge of ISPE by the above date.
>
>     Instructor or Coach's First Aid Certification
>
>     Instructor or Coach's CPR Certification
>
> o  Verifying Signatures from the applicant, the applicant's parent/guardian, and the applicant's instructor/coach.
>
> o  Learning Plan completed by the instructor/coach and must be aligned to California Physical Education Standards. A calendar of practices and competitions must be included.

 **Late applications will not be reviewed.**

**If the site administrator/designee denies the application an appeal may be made by submitting a letter to the site Principal. Written appeals should be placed within seven days of the site admin/designee's decision and include supporting documentation. Your appeal will be reviewed and if approved, you must set up a meeting with the site administrator to complete the required forms within a timely manner.**

SMMUSD Off-Campus HS Independent Study Physical Education Application

## ISPE DOCUMENTATION, SUPERVISION, AND COURSE CREDIT/GRADING POLICY

**A. Criteria for ISPE Programs**
1. Student participates and competes in a yearlong individual sport or performs at an advanced level in a physically active performing art.
2. **Student is a member of a team for sport not offered at school;** the team practices and competes on schedule comparable to a high school sport in season. ISPE programs comprised of sport offered at school will not be approved.
3. Student must be in grades 9 -12.
4. Approved ISPE programs must engage participants for a **minimum of 200 minutes for each 5 school days (weekend events not included)**, in physical activity, support personal growth, and promote healthy living and physical activity as lifelong goals and adhere to the state's content standards in physical education.
5. Approved ISPE programs must be structured programs taught by qualified individuals responsible for supervising, documenting and verifying student participation, progress and performance. Parents will not be approved as a supervising coach for his or her child.
6. Working out at a gym (yoga, weights, etc.) or with a personal trainer does NOT qualify for ISPE.
7. ~~ISPE students MUST pass 5 of 6 tests in the previous California Physical Fitness Test (PFT).~~ (will review in 203-24)
8. ISPE students in 9th grade must participate in the California Physical Fitness Test (PFT). If necessary, parents shall ensure their students are available to take the PFT before an/or afterschool.
9. ISPE students **MUST** have passed ISPE or PE class the previous year with a C- or higher. Not passing the previous year's class is grounds for automatic disqualification. ISPE cannot be used to make-up a failing grade in physical education. If a student fails ISPE during the first or second semester they will be dropped from the class and will not be eligible to enroll in future ISPE classes.
10. Student have an educational need for ISPE. (Being a TA does not constitute an educational need)

**B. ISPE Application/Agreement Process, Review Procedure and Timeline**
1. An ISPE Application/Agreement Form is completed and submitted to site administrator **NO LATER THAN THE DATE IDENTIFIED** on the cover page of the ISPE application prior to the start of the next school year.
2. Site administrator or designated committee reviews each application, determines if proposed ISPE program meets necessary requirements, notifies applicant of his or her decision and oversees the completion of all ISPE requirements per the agreement. Students will be contacted regarding status prior to the start of the next school year.
3. Students must apply every year for ISPE. There is no **mid-semester or mid-year** entry into ISPE.
4. School functions (field trips, detentions, guided studies, etc.) take priority over outside activities and student must attend even if interfering with their sport.

**C. Requirements for Participation in Independent Study in Physical Education**
   **Applicant, under the authorization and supervision of his or her parent or guardian, agrees to:**
1. Complete and submit the attached ISPE Application/Agreement Form by the deadline.
2. Receive approval from the site administrator prior to starting any ISPE-designated activity.
3. Complete and document a minimum of 200 minutes of physical education learning activity for each 5 school days for the duration of each term. **These minutes cannot be a part of any school activity: curriculum, athletics, or clubs.**
4. **Complete and submit the ISPE Student Activity Log (see attached) on the day prior to the end of each grading period. All necessary signatures verifying activity must be completed by the due date. Incomplete or late forms will not be accepted.**
5. Student must maintain a 2.0 GPA and have no "F" grades.
6. Attach verification of competitions or performances to the Activity Log.
7. If the student has completed their PE graduation credits, they may or may not be approved and a meeting may be scheduled to discuss the request.

**D. Grading and Credit Policy**
1. ISPE students will receive a grade of PASS (P) or FAIL (F).
2. Course credit is earned when a grade of PASS is earned at the end of the semester.
3. A passing grade is earned by satisfactorily fulfilling ISPE agreement including submitting complete and accurate ISPE Activity Logs. All paperwork must be submitted on time.
4. Students turning in the Activity Log Form **late** will receive a grade of Fail (F) on their progress report. This grade will not be changed until the final semester grade is recorded. All semester grades are final.
5. The site administrator or designee will review the ISPE agreement for a student who fails to satisfactorily fulfill one or more parts of the ISPE agreement.

SMMUSD Off-Campus HS Independent Study Physical Education Application

## **APPLICATION**

(To be completed by the applicant and/or the applicant's

parent/guardian) Please print or type all information clearly.

_____    _____    _____
Student Last Name                                                           Student First Name                                       Student I.D. #

_____    _____
School                                                                              Next Year's Grade

_____    _____    _____
Parent/Guardian Name                                                  Home Phone                                          Work Phone

_____    _____    _____
Home Address                                                            Home City                                            Zip

_____    _____
Parent Email                                                             PE Grade in Previous Semester

School Year for Application:          20_____ - 20_____
                                                        School Year

☐   I am requesting less than a 6th period day:     ☐   am      ☐   pm

Briefly explain why this proposed ISPE course of study is requested and should be considered as a substitute for regular attendances and participation in the required school physical education program. What is the educational need for ISPE? If appropriate, list electives that will take the place of PE in your schedule (example, immersion, AVID classes)

_____

_____

_____

_____

_____

_____

_____

Please describe how many hours per week of learning an activity are included in the proposed ISPE course of study and how the time will be used? (Minimum of 200 minutes each school week)

_____

_____

_____

_____

SMMUSD Off-Campus HS Independent Study Physical Education Application

## **VERIFYING SIGNATURES**

Fitness Organization/Trained specialist under whom activity is performed:

| | |
|---|---|
| Instructor Last Name | Instructor First Name |
| Organization | Title |
| Address | City                    Zip |
| Email Address | Home Phone          Work Phone |

### **Student's Responsibility (To be completed by the student)**

I understand that it is my responsibility to attend the activity as outlined for a minimum of **200 minutes per 5 days** and meet the standards expected by the instructor. **I understand that I must submit the Attendance and Performance Record and time sheet logs during the last week of every grading period.**
**I UNDERSTAND THAT I WILL LOSE ALL HOURS EARNED AND RECEIVE A FAIL/UNSATISFACTORY IF I LEAVE THE PROGRAM FOR ANY REASON WITHOUT IMMEDIATELY NOTIFYING THE INDEPENDENT STUDY COORDINATOR.**

**Signature of student:_____   Date:_____**

### **Parent's Awareness (To be completed by the parent)**

I understand that the SMMUSD does not investigate the site of the activities to assess potential for injury nor is the District responsible for the selection or qualifying of any Instructor/Coach for this program. I accept full responsibility for any injury or harm, which might occur in the ISPE program. I am aware that, if my son/daughter fails to meet the attendance requirements set forth by SMMUSD, the standards set by the instructor, and the 200 minutes per 5 school days minimum, he/she will not meet the semester requirement for P.E. nor receive credit.

**Signature of parent:_____   Date:_____**

### **Instructor's Approval (To be completed by the outside activity instructor.)**

I certify the above-named student attends, participates in, and meets the standards of the activity set by the instructor. I am also accepting the responsibility to submit my First Aid and CPR certification, keep track of the student's ISPE hours in which I personally supervise the activity at a minimum of 200 minutes per 5 school days.

**Signature of instructor:_____   Date:_____**

## **ISPE INDEMNIFICATION**

The ISPE applicant and his/her parent or guardian shall indemnify, defend and hold harmless, to the maximum extent permitted by law, the Santa Monica-Malibu Unified School District and its officers, Board Members, agents, and employees from and against any and all liability, suits, actions, proceeding judgments, claims, losses, costs (including attorney's fees), liens, damages, injuries (whether in contract or in tort, including personal injury, accidental death or property damage, and regardless of whether the allegations are false, fraudulent or groundless), relating to and arising from the applicant's participation in any and all ISPE activities contained within this ISPE agreement or any activities engaged in by the applicant in the use of any equipment, transportation or facility related to completion of this agreement. In addition, parent-guardian accepts full responsibility for student transportation to and from any ISPE learning activity and financial liability for any and all criminal acts, accidents, injuries, illnesses or death that could occur as a result of the student's participation in any ISPE-related physical education/sports learning activities.

**I hereby certify that the information provided as a part of this application is true and accurate. I agree to abide by all ISPE rules and conditions described in this application/agreement.**

_____     _____
Parent/Guardian Signature (If student is under the age of 18)                          Date

_____     _____
Student Signature                                                                      Date

SMMUSD Off-Campus HS Independent Study Physical Education Application

## PRIMARY ISPE INSTRUCTOR/COACH INFORMATION
(To be completed by the outside activity instructor)

Please print or type all information clearly.

_____     _____
Instructor Last Name                                             Instructor First Name

_____     _____
Organization                                                          Title

_____     _____   _____
Address                                                                City                                          Zip

_____     _____   _____
Email Address                                                     Home Phone                          Work Phone

Answer all the following questions as specifically as possible where applicable.

Describe the training that prepared you to supervise this activity.

_____

_____

_____


In what position are you currently employed which qualifies you to supervise this student?

_____

_____

_____


What is the primary location where the proposed ISPE learning activities will take place?

_____     _____
Facility Name                                                      Phone

_____     _____   _____
Address                                                                City                                          Zip

SMMUSD Off-Campus HS Independent Study Physical Education Application

## ISPE LEARNING PLAN
(To be completed by the outside activity instructor)

**PLEASE NOTE: the trained specialist/instructors/coaches who submit proof of first aid/CPR certification must be in attendance during student rehearsals and or activities.**

Please print or type all information clearly. **Use additional sheets if needed**.

**Amount of time/participation planned for this activity each week.** Attach a calendar of practices, competitions or performances for the entire academic school year.

_____

_____

What are the specific objectives for this academic year and how do they address the **California State Physical Education Standards**? Include course/program description (brochure) that outlines the skills and abilities that students will develop as a result of their participation in identified sport or performing art

_____

_____

_____

_____

_____

_____

_____

_____

**What is the student's current competitive level/ranking?**

_____

_____

_____

_____

_____

**In what local, state, regional, or national competition/league has this student previously participated in, and will they participate in this academic school year?**

_____

_____

_____

SMMUSD Off-Campus HS Independent Study Physical Education Application

## SIGNATURE SHEET

**To be completed by the student, student's advisor, and Administrator indicating that each party has a copy of the completed and approved/denied application. It is the responsibility of the student and the student's advisor to maintain their copy as a record.**

**"The following signature certifies that I have been provided a copy of my approved/denied SMMUSD Off-Campus ISPE Application Packet."**

_____     _____     _____
Student Printed Name                 Student Signature                Date

_____     _____     _____
Parent Printed Name                  Parent Signature                 Date

**"The following signature certifies that I have been provided a copy of my student's approved/denied SMMUSD Off-Campus ISPE Application Packet."**

_____     _____     _____
Counselor Printed Name               Counselor Signature              Date

**"The following signature certifies that I have provided a copy of the above referenced student's approved/denied SMMUSD Off-Campus ISPE Application Packet to the student and the student's advisor."**

_____     _____     _____
Administrator Printed Name           Administrator Signature          Date

Incomplete applications will not be considered for approval. Make sure you have included the following prior to submitting the application:

- o Application form and all included paperwork shall be completed and submitted to the site administrator in charge of ISPE.
    Instructor or Coach's First Aid Certification
    Instructor or Coach's CPR Certification

- o Verifying Signatures from the applicant, the applicant's parent/guardian, and the applicant's instructor/coach.

- o Learning Plan completed by the instructor/coach and must be aligned to California Physical Education Standards. A calendar of practices and competitions must be included.

SMMUSD Off-Campus HS Independent Study Physical Education Application

# FOR ADMINISTRATIVE USE ONLY

**Eligibility Requirements:**

Yes   No   Student is in 9th thru 12th grade.

Yes   No   Student participates in an individual sport or performs at an advanced level in a
physically active performing art.

Yes   No   Student has a grade point average of C- or higher, including PE. ISPE is not being used to make-
up a failing grade in physical education.

_____Grade in Previous Semester Physical Education.

~~Yes~~   ~~No~~   ~~Student passed minimum 5 of 6 physical fitness standards in previous state~~
~~Physical Fitness Assessment. (Record P of F for PFT results)~~
~~_____Aerobic~~        ~~_____Abdominal Strength~~        ~~_____Upper body Strength~~
~~Capacity~~

~~_____Body Composition~~        ~~_____Trunk Extensor Strength and Flexibility~~

~~_____Flexibility~~

Yes   No   Student is a member of team for a sport not offered at school; the team practices and competes
on schedule comparable to a high school sport in season. ISPE programs comprised of a sport
offered at school may not be approved.

Notes: _____

Yes   No   Student has a necessary educational need for ISPE. Requesting a second elective meets
this criterion (TA elective does not fulfill an educational need).

Notes: _____

Yes   No   ISPE Program is a full year program, Semester 1 and Semester 2

Yes   No   Student is participating in a yearlong sport or performing art.

**ISPE Program:**

Yes   No   Proposed ISPE program engages student for a minimum of 200 minutes for each 5 school
days.

Yes   No   Proposed ISPE program engages student in physical activity, supports personal
growth, and promotes healthy living and physical fitness as lifelong goals.

Yes   No   Proposed ISPE program is a structured program taught by an individual responsible for
supervising, documenting, and verifying student participation, progress, and
performance. Parents will NOT be approved as a supervising instructor/coach for his or
her child.

**Approval:**

**Yes   No   Student is approved for ISPE.**
**If denied, state reason: _____**

**Administrator/Designee's Signature:_____ Date: _____**

SMMUSD Off-Campus Independent Study Physical Education Application Packet

STUDENT NAME:_____   ID: _____   HOUSE: _____

SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT

# INDEPENDENT STUDY IN PHYSICAL EDUCATION

## ACTIVITY RECORD

REVISED August 2014

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - **OFFICE USE ONLY**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Activity Record reviewed by_____on_____, 20_____.

**Grade Earned**        **PASS**        **/**        **FAIL (due to the following reason(s))**

_____

_____

_____

_____          _____
Reviewer Signature                                                                                    Date

**Important Dates**

Attendance and performance, and activity records must be submitted to the administrator in charge no later than 1 week prior to the end of the semester for which you have been approved. Failure to complete and/or turn in on time will result in a **Fail** for the semester.        2023/2024        Semester 1        Grading Period 1 Sept 29th, 2023
                                                                                                              Grading Period 2 Nov 9th, 2023
                                                                                                              Grading period 3 Dec 22nd, 2023

1

SMMUSD Off-Campus Independent Study Physical Education Application Packet

## <u>ATTENDANCE AND PERFORMANCE RECORD</u>
(To be completed by outside activity Instructor/Coach)

Please print or type all information clearly.

_____          _____          _____
Student Last Name                                                                   Student First Name                                         Student I.D. #

_____          _____   _____   _____
School                                                                                        Grade                              Age                  Current Date

_____          <u>2023-2024</u>                             <u>1</u>  /  <u>2</u>  .
Sport/Activity                                                                           School Year                             Semester  (circle one)

| Sport Description: |
| --- |
| Objectives: The student will… |
| Evaluation Mode:<br><br>  1.                                                            2. |

Total Number of Hours: _____
(200 minutes per week minimum)

Coaches Comments:  _____

_____

_____

_____

_____

_____

_____

**Grade Earned:**            **PASS:**_____            **FAIL:** _____

_____          _____
Coaches Signature                                                      Parent Signature

_____          _____
Student Signature                                                      Teacher/ISEP Administrator Signature

2

SMMUSD Off-Campus Independent Study Physical Education Application Packet

## ACTIVITY RECORD (pg. 1)

_____          _____          _____
Student Last Name                                                        Student First Name                              Student I.D. #

_____          _____     _____     _____
School                                                                       Grade                    Age              Current Date

_____          2023 - 2024           1  /  2  .
Sport/Activity                                                            School Year            Semester  (circle one)

| DATE | ACTIVITY | BEGIN TIME | END TIME | HOURS |
|------|----------|------------|----------|-------|
| | Be sure to include competitions and do not list Saturday or Sunday practices. | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **Total Hours** | | |

"I affirm that the above record of participation is accurate t the best of my knowledge."

_____          _____
Supervisor Printed Name                                         Date

_____          _____
Supervisor Signature                                                 Date

3

SMMUSD Off-Campus Independent Study Physical Education Application Packet

## ACTIVITY RECORD (pg. 2)

Student Last Name _____

Student First Name _____

Student I.D. # _____

School _____

Grade _____   Age _____   Current Date _____

Sport/Activity _____

School Year 2023 - 2024

Semester (circle one) 1 / 2

| DATE | ACTIVITY | BEGIN TIME | END TIME | HOURS |
|------|----------|------------|----------|-------|
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          |            |          |       |
|      |          | **Total Hours** |     |       |

"I affirm that the above record of participation is accurate t the best of my knowledge."

_____   _____
Supervisor Printed Name                          Date

_____   _____
Supervisor Signature                             Date

# EXHIBIT B

**Santa Monica-Malibu Unified School District**

**Rights under Title IX**

Title IX is a federal law that was passed in 1972 to ensure that male and female students and employees in educational settings are treated equally and fairly. It protects against discrimination based on sex, including sexual harassment. In addition, Title IX protects transgender students and students who do not conform to gender stereotypes. State law also prohibits discrimination based on gender (sex), gender expression, gender identity and sexual orientation. The preamble to Title IX of the Education Amendments of 1972 states that:

"No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving federal financial assistance."

**Title IX Coordinator**

The individual named below is the Title IX Coordinator for the Santa Monica-Malibu Unified School District. He is responsible for coordinating the investigating all Title IX complaints. Additionally, he is responsible for monitoring outcomes, identify and addressing patterns, and assessing the effects on campus climates resulting from discrimination based on sex, including sexual harassment.

Dr. Mark O. Kelly
Assistant Superintendent, Human Resources
1651 16th Street
Santa Monica, CA 90404
mkelly@smmusd.org
310-450-8338, extension 70220

**Filing a Title IX Complaint**

A complaint alleging unlawful discrimination in violation of Title IX shall be submitted in writing according to Board of Education Policy and Administrative Regulation 1312.1 Uniform Complaint Procedures. District staff shall assist any person who needs assistance to put his/her complaint in writing.

**Additional Information and Resources**

California Department of Education Office for Equal Opportunity
https://www.cde.ca.gov/re/di/or/oeo.asp

United States Department of Education Office for Civil Rights
https://www2.ed.gov/about/offices/list/ocr/index.html

United States Department of Education (Sex Discrimination)
https://www2.ed.gov/policy/rights/guid/ocr/sex.html

## Student Rights Pursuant to California Education Code Section 221.8

The following list of rights, which are based on the relevant provisions of the federal regulations implementing Title IX of the Education Amendments of 1972 (20 USC Sec. 1681 et seq.), may be used by the department for purposes of Section 221.6:

a.  You have the right to fair and equitable treatment and you shall not be discriminated against based on your sex.

b.  You have the right to be provided with an equitable opportunity to participate in all academic extracurricular activities, including athletics.

c.  You have the right to inquire of the athletic director of your school as to the athletic opportunities offered by the school.

d.  You have the right to apply for athletic scholarships.

e.  You have the right to receive equitable treatment and benefits in the provision of all of the following:
    1.  Equipment and supplies.
    2.  Scheduling of games and practices.
    3.  Transportation and daily allowances.
    4.  Access to tutoring.
    5.  Coaching.
    6.  Locker rooms.
    7.  Practice and competitive facilities.
    8.  Medical and training facilities and services.
    9.  Publicity.

f.  You have the right to have access to a gender equity coordinator to answer questions regarding gender equity laws.

g.  You have the right to contact the State Department of Education and the California Interscholastic Federation to access information on gender equity laws.

h.  You have the right to file a confidential discrimination complaint with the United States Office of Civil Rights or the State Department of Education if you believe you have been discriminated against or if you believe you have received unequal treatment on the basis of your sex.

i.  You have the right to pursue civil remedies if you have been discriminated against.

j.  You have the right to be protected against retaliation if you file a discrimination complaint.

**Santa Monica-Malibu Unified School District**
**Uniform Complaint Procedures and Form**
**(BP 1312.3 and AR 1312.3)**

The Board of Education recognizes that the district has the primary responsibility to ensure compliance with applicable state and federal laws and regulations governing educational programs. The district shall investigate and seek to resolve any complaints alleging failure to comply with such laws and/or alleging unlawful discrimination, harassment, intimidation, or bullying in accordance with the uniform complaint procedures.

The district shall use the uniform complaint procedures to resolve any complaint alleging unlawful discrimination, harassment, intimidation, or bullying in district programs and activities based on actual or perceived characteristics of race or ethnicity, color, ancestry, nationality, national origin, ethnic group identification, age, religion, marital or parental status, physical or mental disability, sex, sexual orientation, gender, gender identity, gender expression, or genetic information, or any other characteristic identified in Education Code 200 or 220, Penal Code 422.55, or Government Code 11135, or based on association with a person or group with one or more of these actual or perceived characteristics.

Additionally, uniform complaint procedures shall also be used to address any complaint alleging the district's failure to comply with the prohibition against requiring students to pay fees, deposits, or other charges for participation in educational activities, the requirements for the development and adoption of a school safety plan, and state and/or federal laws in adult education programs, consolidated categorical aid programs, migrant education, career technical and technical education and training programs, child care and development programs, child nutrition programs, and special education programs.

A complaint concerning unlawful discrimination, harassment, intimidation, or bullying may be filed only by a person who alleges that he/she personally suffered unlawful discrimination, harassment, intimidation, or bullying or by a person who believes that an individual or any specific class of individuals has been subjected to it. The complaint shall be initiated no later than six months from the date when the alleged discrimination, harassment, intimidation, or bullying occurred, or six months from the date when the complainant first obtained knowledge of the facts of the alleged discrimination, harassment, intimidation, or bullying. However, upon written request by the complainant, the Superintendent or designee may extend the filing period for up to 90 calendar days.  (5 CCR 4630)

The following process applies only to those complaints meeting the criteria under uniform complaint procedures, described above:

- Informal resolution of complaints at the site level is encouraged whenever possible.
- Complaints made under these procedures shall be presented to the compliance officer who shall maintain a log of complaints received, providing each with a code number and a date stamp.
- Within three days of receiving the complaint, the compliance offer may informally discuss with the complainant the possibility of using mediation.
- Within 10 calendar days of receiving the compliant, the compliance officer shall provide the complainant and/or his/her representative an opportunity to present the complaint and any evidence, or information leading to evidence, to support the allegation in the complaint.

- If the complainant refuses mediation or if the mediation process does not solve the problem, the compliance officer shall proceed with his/her investigation of the complaint.
- Within 60 days of receiving the complaint, the compliance officer shall prepare and send to the complainant a written report of the district's investigation and decision.
- If dissatisfied with the district's decision, the complainant may appeal in writing to the California State Department of Education (CDE) within 15 days of receiving the district's decision. When appealing to the CDE, the complainant must specify the basis for the appeal of the district's decision and whether the facts are incorrect and/or the law has been misapplied. The appeal shall be accompanied by a copy of the locally filed complaint and a copy of the district's decision.

The Board of Education acknowledges and respects every individual's rights to privacy. In investigating complaints, the confidentiality of the parties involved and the integrity of the process shall be protected. As appropriate for any complaint alleging discrimination, harassment, intimidation, or bullying, the Superintendent or designee may keep the identity of a complainant confidential to the extent that the investigation of the complaint is not obstructed.

The Board prohibits any form of retaliation against any complainant in the complaint process. Such participation shall not in any way affect the status, grades, or work assignments of the complainant.

The Superintendent designates the following compliance officer to receive and investigate all complaints and ensure district compliance with the law:

Assistant Superintendent, Human Resources
1651 16th Street
Santa Monica, CA 90404
(310) 450-8338

### Additional Information

Additional information regarding filing a complaint alleging a violation(s) of Title IX may be found on the United States Department of Education Office for Civil Rights website.

United States Department of Education Office for Civil Rights
https://www2.ed.gov/about/offices/list/ocr/index.html

United States Department of Education Office for Civil Rights Complaint Forms
https://www2.ed.gov/about/offices/list/ocr/complaintintro.html

| U.S. Department of Education Office for Civil Rights | California Branch of Office for Civil Rights |
|---|---|
| U.S. Department of Education | San Francisco Office |
| Office for Civil Rights | Office for Civil Rights |
| Lyndon Baines Johnson Department of Education Bldg | U.S. Department of Education |
| 400 Maryland Avenue, SW | 50 United Nations Plaza |
| Washington, DC 20202-1100 | Mail Box 1200, Room 1545 |
| | San Francisco, CA 94102 |
| | |
| Telephone: 800-421-3481 | |
| FAX: 202-453-6012; TDD: 800-877-8339 | Telephone: 415-486-5555 |
| Email: OCR@ed.gov | FAX: 415-486-5570; TDD: 800-877-8339 |
| | Email: ocr.sanfrancisco@ed.gov |

**Santa Monica-Malibu Unified School District**
**1651 16th Street**
**Santa Monica, CA 90404**
**Voice 310-450-8338**
**Fax 310-581-1138**

**UNIFORM COMPLAINT PROCEDURE FORM**

This form is to be used to file a complaint that meets the criteria of the uniform complaint procedure.

TO:      Santa Monica-Malibu Unified School District
           Uniform Complaint Procedure Compliance Officer

FROM:    _____

           Last Name                First Name

           _____

           Address

           _____

           Phone Number(s)

Date:      _____

Nature of Complaint: Please be specific in the reason(s) for your complaint including details of the complaint, names, locations, dates that are pertinent to your complaint. Include all necessary information for a complete understanding of your complaint. Use additional pages as necessary.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____     _____

Signature                                             Date

# EXHIBIT C

# DISTRICT ORGANIZATION



# BOARD OF EDUCATION

## MEMBERS

Maria Leon-Vazquez, President

Richard Tahvildaran-Jesswein, Vice President

Jon Kean

Laurie Lieberman

Alicia Mignano

Stacy Rouse

Jennifer Smith

## STUDENT MEMBERS

Mira Wagabaza– Santa Monica HS

Irina Columbeanu – Malibu HS

tbd  – Olympic HS

## SUPERINTENDENT

(Dr. Antonio Shelton)

2

# SUPERINTENDENT



# EDUCATIONAL SERVICES DEPARTMENT



# EDUCATIONAL SERVICES



ASSISTANT SUPERINTENDENT, EDUCATIONAL SERVICES

(Dr. Jacqueline Mora)

SR. ADMINISTRATIVE ASSISTANT
(vacant)

ADMINISTRATIVE ASSISTANT
(Lisa Montoya)

DIRECTOR, ASSESSMENT, RESEARCH AND EVALUATION

(Dr. Stacy Williamson)

DIRECTOR, CURRICULUM AND INSTRUCTION

(vacant)

COORDINATOR, FAMILY ENGAGEMENT & ELL PROGRAMS

(Adela Rogers)

DIRECTOR, EDUCATIONAL TECHNOLOGY

(Bertha Roman)

ADMINISTRATIVE ASSISTANT

(Yvonne Strahn)

SYSTEMS ANALYST

(vacant)

TOSA, , AMERICAN CULTURES & ETHNIC STUDIES

(Erin Hill)

TOSA, MULTI-TIERED SYSTEM OF SUPPORT

(Katherine Arias West)

COORDINATOR, LEARNING & INNOVATION

(Dr. Devon Smith)

COORDINATOR, LITERACY & LANGUAGE

(Nazareth Riquelme)

COORDINATOR, MATHEMATICS & SCIENCE

(Rosa Serratore)

TOSA, ENGLISH LEARNERS

(Adela Rogers

LEAD TRANSLATOR/ INTERPRETER

(Vanina Zalazar)

TRANSLATOR/ INTERPRETER

(Monica Limon Espana)

COORDINATOR, VAPA

(Tom Whaley)

ADMINISTRATIVE ASSISTANT

(Cynthia Garcia-Lara)

TECHNOLOGY TOSAS

(Daniel Hutterer, Sylvia Kerkotchian)

5

# CHILD DEVELOPMENT SERVICES



# SPECIAL EDUCATION DEPARTMENT



**DIRECTOR, SPECIAL EDUCATION**

(vacant)

**ADMINISTRATIVE ASSISTANT**

(Stephany Morales)

**COORDINATORS**

(Carmen Durand
Joseph Garcia
Victoria Hurst
Hilda Salas)

**PSYCHOLOGISTS**

(Meredith Abrams, Yesenia Arriaran, Juliette Boewe, Madison Braverman, Shannon Brinkworth, Carolina Edelstein, Deilyn Gonzalez-Davila, Hanna Haghayeghi, Michael Hoover, Rebecca Nelson,  Stacey Ovadya, Marisa Perry, Susana Ponce Jauregui, Breea Rosas, Margaret Schrantz,  Zhanna Shekhtmeyster, Cory Snow)

**OCCUPATIONAL THERAPISTS**

(Melissa Bonnel, Simren Chawla,Talia Friedman, Sarah Krenik,  Alaina Maender, Yvette Martin, Jesica Martino,  Sari Ockner, Angelique Smith, Jill Striff)

**SPEECH/LANGUAGE PATHOLOGISTS**

(Shannon Bishop, Marcella Cerra, Paula Cooperband, Toni Holmstrom,  Jennifer Ingle, Elspeth Jellison, Carolyn Mansour, Hannah Narvaez, Katherine Perez, Sasha Piper, Eliana Porgess, Carrie Raine, Collin Reynolds,  Chelsea Shafer, Jaclyn Steinberg)

**SPECIAL EDUCATION SPECIALIST**

(Patricia Motoyama Hughes, Shuntoria Reid)

**OCCUPATIONAL THERAPY ASSISTANT**

(Angela Soong)

**VISUALLY IMPAIRED**

(Jeff Cohn, Cody Ishii)

**BEHAVIOR INTERVENTION SPECIALIST**

(Liz Sciutto)

**PHYSICAL THERAPISTS**

(Jaclyn Sloboda, Annie Wong)

**TRANSLATOR**

(Vincent Hamon)

**ADAPTIVE PE SPECIALISTS**

(Jonathan Badt, James VanCott, Debbie Vasquez)

**LEARNING RESOURCE CENTER TEACHERS**

(Gina Kittel)

**SPEECH LANG PATHOLOGY ASST**

(Michael DeNoya)

**COUNSELOR, MENTAL HEALTH**

(Jack Sandoval)

**BOARD CERTIFIED BEHAVIOR ANALYST**

(Cydnee Taylor)

**ASSISTIVE TECHNOLOGY/SLP**

(Catherine McDoniel)

# EDUCATIONAL TECHNOLOGY SERVICES



# HUMAN RESOURCES



# STUDENT SERVICES DEPARTMENT



# PERSONNEL COMMISSION



# PERSONNEL COMMISSION



# BUSINESS AND FISCAL SERVICES



# FISCAL AND BUSINESS SERVICES



# FOOD AND NUTRITION SERVICES



# PURCHASING AND WAREHOUSE



# TRANSPORTATION



# FACILITY SERVICES DIVISION



# MAINTENANCE AND CONSTRUCTION



# OPERATIONS: BUILDINGS AND GROUNDS



# FACILITY USE DEPARTMENT



# ELEMENTARY SCHOOLS



## SECONDARY SCHOOLS



# MALIBU PATHWAY



# EXHIBIT D

| DATE | EVENTS | NOTES |
|---|---|---|
| September 4th | **Labor Day** | |
| September 9th | TSM Parent Meeting | |
| September 16th | TSM "Everything You need to Know About Competitive Swimming" Seminar | |
| September 23rd-24th | TSM Home Opner | |
| September 30th | TSM College Seminar | |
| October 21st-22nd | Spooky Splash- TORR | |
| November 2-5, 2023 | Kevin Perry Invitational – La Mirada [SCY/LCM] | |
| November 11th-12th | CITI | SPSI qualifiers [optional] |
| November 17-19 | Southern Pacific Senior Invite | |
| November 23, 2023 | **Thanksgiving Day** | |
| Nov. 29 – Dec. 2, 2023 | US Open – Greensboro, NC | |
| December 2nd-3rd | Last Ditch WAG @ Blast | |
| December 6-9, 2023 | Winter Junior Nationals – Westmont, IL | |
| December 8-10, 2023 | WAGs – Huntington Beach, Riverside & San Clemente | |
| December 14-17, 2023 | CA/NV Speedo Sectionals @ GWSC (Huntington Beach) | |
| January 11-14, 2024 | Road to Paris LCM Prelim/Final | |
| January 15, 2024 | **Martin Luther King Day** | |
| January 27th-28th | Polar Plunge | |
| February 16-19, 2024 | Senior Development (LCM) (PM Prelims/AM Finals) | |
| Feb 23-25 | Pac Champs | |
| February 19, 2024 | **President's Day** | |
| Feb. 29 – March 3, 2024 | CA/NV Speedo Sectionals LCM @ Carlsbad & Marin H/F | |
| March 14-17, 2024 | Spring SC 14&U Age Group Champs | |
| March 31, 2024 | **Easter Sunday** | |
| April 11-14, 2024 | Fran Crippen SMOC – Mission Viejo, CA | |
| May 1-5, 2024 | 18&U Spring Cups @ 3 sites (TBD) [USAS event] | |
| May 3-5, 2024 | Open Water Nationals @ Sarasota | |
| May 12, 2024 | **Mother's Day** | |
| May 24-26, 2024 | Speedo Grand Challenge – Irvine NOVA | |
| May 27, 2024 | **Memorial Day** | |
| June 1st-2nd | Last Ditch JAG | |
| June 13-16, 2024 | JAGs LCM – 3 sites TBD | |
| June 16, 2024 | **Father's Day** | |
| June 15-23, 2024 | U.S. Olympic Team Trials – Indianapolis, IN | |
| July 4, 2024 | **Independence Day** | |
| July 5-7, 2024 | L.A. Invite - USC | |

1

| July 18-21, 2024 | CA/NV Speedo Sectionals LCM – Fullerton, CA | |
|---|---|---|
| July 19-21st, 2024 | Pac Champs | |
| July 18-21, 2024 | SCS Elite Age Group Champs @ Mission Viejo [14&U] | |
| July 23-27, 2024 | Speedo Summer Champs (Senior + Jr. Nats combo) @ TBD | |
| July 24-28, 2024 | Futures @ 5 sites (TBD) | |
| July 25-28, 2024 | SCS Summer LC Age Group Champs – 3 sites TBD | |
| July 30-Aug 3, 2024 | WZ Senior Championships @ Clovis, CA | |
| Aug 4-18, 2024 | **TSM TEAM BREAK** | |
| September 2, 2024 | ***Labor Day*** | |
| November 7-10, 2024 | *Kevin Perry Invitational – La Mirada* | |
| November 28, 2024 | ***Thanksgiving Day*** | |
| December 7th-8th | *Last Ditch* | |
| December 13-15, 2024 | *WAGs – 3 sites TBD* | |
| December 19-22, 2024 | *CA/NV Speedo Sectionals* | |

2



# TSM  TSM TRAINING SCHEDULE [AUG 21- DEC 16 2023]

AQUATICS

|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **Sr Development (AM)** |  |  | SMSC (AM)<br>6-7 (DL) |  | SMSC (AM)<br>6-7 (DL) | SMSC (AM)<br>9:45-10 (self care)<br>10-11 (swim) |
|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| **Sr Development (PM)** | SAMOHI (PM)<br>6:15-6:30 (self care)<br>6:30-8 (swim) | SAMOHI (PM)<br>6:15-6:30 (self care)<br>6:30-8 (swim) | SAMOHI (PM)<br>6:15-6:30 (self care)<br>6:30-8 (swim) | SAMOHI (PM)<br>6:15-6:30 (self care)<br>6:30-8 (swim) | SAMOHI (PM)<br>6:15-6:30 (self care)<br>6:30-8 (swim) |  |

|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **Sr Prep (AM)** | SMSC (AM)<br>6-7 (DL) |  | SMSC (AM)<br>6-7 (DL) |  | SMSC (AM)<br>5:15-5:30 (self care)<br>5:30-7:30 (swim) | SMSC (AM)<br>6:15-6:30 (self care)<br>6:30-8:30 (swim) |
| **Sr Prep (PM)** | SMSC (PM)<br>3:45-4 (self-care)<br>4-5:45 (swim) | SMSC (PM)<br>3:45-4 (self-care)<br>4-5:45 (swim) | SMSC (PM)<br>3:45-4 (self-care)<br>4-5:45 (swim) | SMSC (PM)<br>3:45-4 (self-care)<br>4-5:45 (swim) | SAMOHI (PM)<br>4:45-5 (self-care)<br>5-7 (swim) |  |

|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **Sr Performance (AM)** | SMSC (AM)<br>6-7 (DL) |  | SMSC (AM)<br>6-7 (DL) |  | SMSC (AM)<br>5:15-5:30 (self care)<br>5:30-7:30 (swim) | SMSC (AM)<br>6:15-6:30 (self care)<br>6:30-8:30 (swim) |
| **Sr Performance (PM)** | SAMOHI (PM)<br>5:45-6 (self-care)<br>6-8 (swim) | SAMOHI (PM)<br>5:45-6 (self-care)<br>6-8 (swim) | SAMOHI (PM)<br>5:45-6 (self-care)<br>6-8 (swim) | SAMOHI (PM)<br>5:45-6 (self-care)<br>6-8 (swim) | SAMOHI (PM)<br>4:45-5 (self-care)<br>5-7 (swim) |  |

|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **Nat Prep (AM)** |  | SMSC (AM)<br>5:15-5:30 (self care)<br>5:30-7:30 (swim) | SMSC (AM)<br>6-7 (DL) | SMSC (AM)<br>5:15-5:30 (self care)<br>5:30-7:30 (swim) | SMSC (AM)<br>6-7 (DL) | SMSC (AM)<br>6-6:30 (self care)<br>6:30-9 (swim) |
| **Nat Prep (PM)** | SMSC (PM)<br>5:15-5:45 (self care)<br>5:45-8 (swim) | SMSC (PM)<br>5:15-5:45 (self care)<br>5:45-8 (swim) | SMSC (PM)<br>5:15-5:45 (self care)<br>5:45-8 (swim) | SMSC (PM)<br>5:15-5:45 (self care)<br>5:45-8 (swim) | SMSC (PM)<br>4:15-4:45 (self care)<br>4:45-7 (swim) |  |

|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **National (AM)** | SMSC (AM)<br>5:15-5:30 (self care)<br>5:30-7:30 (swim) | SMSC (AM)<br>5:15-5:30 (self care)<br>5:30-7:30 (swim) | SMSC (AM)<br>6-7 (DL) | SMSC (AM)<br>5:15-5:30 (self care)<br>5:30-7:30 (swim) | SMSC (AM)<br>6-7 (DL) | SMSC (AM)<br>6:15-6:30 (self care)<br>6:30-9 (swim) |
| **National (PM)** | SAMOHI (PM)<br>4:45-5 (self care)<br>5-7:30 (swim) | SAMOHI (PM)<br>4:45-5 (self care)<br>5-7:30 (swim) | SAMOHI (PM)<br>4:15-4:30 (self care)<br>4:30-7 (swim) | SAMOHI (PM)<br>5:15-5:30 (self care)<br>5:30-8 (swim) | SAMOHI (PM)<br>4:45-5 (self care)<br>5-7:30 (swim) |  |

# Samohi Schedule for 2023-2024

| Monday, Tuesday, Friday | Wednesdays<br>**EVEN Flex**<br>*No AM classes on these days* | Thursday<br>**ODD Flex** |
|---|---|---|
| Period A  7:20 – 8:22 AM | *Staff Meeting*  *7:40 – 8:40 AM* | Period A  7:20 – 8:22 AM |
| Period 1  8:30 – 9:25 AM | Period 2  8:55 – 10:24 AM | Period 1  8:30 – 9:59 AM |
| Homeroom  9:34 – 9:43 AM | Break  10:24 – 10:26 AM | Break  9:59 – 10:01 AM |
| Period 2  9:43 – 10:38 AM | Period 4  10:35 – 12:04 PM | Period 3  10:10 – 11:39 AM |
| Break  10:38 – 10:40 AM | Flex-Time  12:13 – 1:03 PM | Flex-Time  11:48 – 12:39 PM |
| Period 3  10:49 – 11:44 AM | LUNCH  1:03 – 1:38 PM | LUNCH  12:39 – 1:14 PM |
| Period 4  11:53 – 12:48 PM | Period 6  1:47 – 3:16 PM | Period 5  1:23 – 2:52 PM |
| LUNCH  12:48 – 1:23 PM | | *Staff Meeting*  *3:10 – 3:40 PM* |
| Period 5  1:32 – 2:27 PM | | |
| Period 6  2:36 – 3:31 PM | | |

# EXHIBIT E

## **2022-23 Samohi Aquatics (Water Polo and Swim)**

**Welcome to Samohi Aquatics!**

**SMMUSD Disclaimer**

*Students enrolled in Santa Monica High School are not required to pay any fee, deposit, or other charge for participation in an educational activity offered by the school or the Santa Monica-Malibu Unified School District, except as authorized by law. Donations are sought and accepted for various activities and supplies, and are at times critical to the continued success of classes and activities, but donations are voluntary.*

**Santa Monica High School Mission Statement**

**Santa Monica High School believes that all students can learn at high levels, and we are willing to do what it takes to achieve success for each student.  Samohi also embraces four virtues of our motto "Sincerity, Maturity, Honor, and Service."**

**Santa Monica High School Athletic department Motto:**

**Our highly competitive athletic programs are dedicated to fostering a positive and healthy culture, which centers around respect, sportsmanship, commitment to inclusiveness and diversity, hard work, self-discipline, humility, and social and emotional growth.**

**SAMOHI AQUATICS Mission Statement**

**The mission statement of Santa Monica High School water polo and swim is to train with purpose, to support each other with compassion, compete with intensity, to achieve success in both the classroom and pool while preparing our athletes for their next stage in life.**

**Communication**

There is a ton of information that we have to get to you during the course of a year. It is absolutely essential that you are a part of the following info streams (click on them). All of the links are on the Google Classroom. They include:
- Remind.com
- Google Classroom Parent Emails (you have to sign up for that)
- Program Calendar

Much of the responsibilities of communication will be handled by squad leaders and the athletes themselves, so please refer questions to them first.

**Seasons**

Every sport has a **season**. When you are not in season, you are subject to **off-season** practice schedules

Due to COVID-19, there may be some changes in practice and game schedules for this season. We will have to be flexible and follow SMMUSD guidelines. The calendar documents are in the Google Classroom.
- BOYS WATER POLO: Fall (August-Mid November)
- GIRLS WATER POLO: Winter (Mid-November-Mid February)
- BOYS AND GIRLS SWIM: Spring (Mid-February-Mid May)

**Samohi Eligibility Packet**

*From Athletics Office:*

*Please remind your players and their parents, if students are planning to continue playing sports next year, they will need to complete an athletic packet for the 17-18 school year through their account at [www.AtheticClearance.com](www.AtheticClearance.com). They will also need to upload a new physical if their physical has expired and a copy of their insurance card.  I am not able to clear their packets until these three items are complete.*

*Also, please pass along the deadlines for submitting their complete packet,  if their packet is incomplete after the deadline they will not be allowed to play the entire season.*

## Practice Expectations

***THIS IS A COMPETITIVE ATHLETIC TEAM, NOT A LEISURE ACTIVITY. YOU ARE EXPECTED TO BE AT EVERY PRACTICE AND GAME. IF YOU CAN'T DO THAT, THIS IS NOT THE TEAM FOR YOU!***

***In-Season*** players/swimmers can expect to practice 5 days a week for 2 hour in the afternoon, plus two AM practices a week

***Off-season***, players/swimmers can expect to practice 5 days a week for 1 hour in the afternoon AND 2 days a week in the AM.

## Game/Meet Expectations

During a season you can expect to play around 30 games (split into tournaments and single matches) in your water polo season, or around 8 meets in your swim season in addition to your practice schedule, no matter what your team levels.

Everyone is expected to be at all of the meets and games.

Also, during swim finals week you will be expected to be in practice every day, not at club water polo.

## Behavior Expectations

All team members are expected to follow all Samohi, SMMUSD, city, state, and federal rules, regulations and laws.

Failure to do so could result in removal from the team on top of any other consequences.

[CIF Student Athlete Code of Ethics](CIF Student Athlete Code of Ethics)

2022-2023 CIF Pursuit of Victory with Honor and CIF Student Athlete Code of Ethics ADDENDUM

 "Refrain from the use of alcohol, tobacco, illegal and non-prescriptive drugs, anabolic steroids or any substance to increase physical development or performance that is not approved by the United States Food and Drug Administration, Surgeon General of the United States or American Medical Association" (Student Athlete Code of Ethics) "To safeguard the health of athletes and the integrity of sports, school sports programs must actively prohibit the use of alcohol, tobacco, drugs and performance enhancing substances, as well as demand compliance with the laws and regulations, including those related to the use of drugs." (Pursue Victory with Honor)

SANTA MONICA HIGH SCHOOL STUDENT ATHLETE DRUG SUSPENSION POLICY 1. If a student athlete is issued a school suspension for drug possession/ use during the school year or sports season, the student athlete will also serve a multi-game suspension equal to 20% of their season games. The game suspension needs to be served in immediate succession. a. EXAMPLE: if there are 20 games in a season, the student would be suspended for the next 4 games. 2. The athlete must also meet all of the school requirements related to academic school day suspension including community service, initial assessments and APEX must be completed before they return to competition. 3. Students are allowed to practice during their game suspension dates.

## School Breaks

Please expect to have practices over the Winter (girls water polo) and Spring (swim) breaks. We are a competitive program, and to not practice in the middle of a season for two weeks is not an option.

## AP Season

From the end of Spring Break to mid-May is the window for the Mock AP tests and AP tests. This is also the time when league, CIF and State Swim Championships happen.

It is your responsibility to organize your schedule with your teacher so that you are present for all swim meets during that span. You are required to participate in these meets.

## Samohi Class Grading Policy

50% competitions, 50% practices/assignments/quizzes

You will not be excused from any practice, game or team event for any reason other than documented injury or COVID protocol. If you miss, you will lose the points for that event. **THERE ARE NO MAKE UPS OF GAMES OR PRACTICES.**

18+ unexcused period absence results in suspended athletic participation.

A = 100-90%
B = 89-80%
C = 79-70%
D = 69-60%
F = 59-50%

## Team Uniform

**This has been verbally told to the kids, but you need to wear your team uniforms to play in the games.**

We would like the team members to have:

| Boys Water Polo | Girls Water Polo | Boys and Girls Swim |
|---|---|---|
| • Team Suit<br>• 2 Team T-Shirts<br>• Team Sweatshirt<br>• Team Robe (Optional)<br>• Team Parka (Optional) | • Team Suit<br>• 2 Team T-Shirts<br>• 2 Team Swim Caps<br>• Team Sweatshirt<br>• Team Robe (Optional)<br>• Team Parka (Optional) | • Team Suit<br>• 2 Team T-Shirts<br>• 2 Team Swim Caps (same as polo)<br>• Team Sweatshirt<br>• Team Robe (Optional)<br>• Team Parka (Optional) |

## Parent Drivers

We rely HEAVILY on parent support, especially with water polo transportation. We need parents who can to sign up to be 'volunteer drivers' with SMMUSD so that we can get the kids to the games. SMMUSD does not provide transportation to water polo tournaments, and you can not transport students without being cleared first.

Clearance process: http://www.samohi.smmusd.org/Athletics/volunteer.html

## Donations/Fundraising
Here are our target amounts for the coming season. The funds are used to pay for coaches, equipment and tournaments/meets.

We will be running fundraisers to cover the cost of our program.

Boys Water Polo: $6,510.00
Girls Water Polo: $6,535.00
Boys and Girls Swim Team: $5,000

**COACHING STAFF**

| Coach | Email | Boys Water Polo | Girls Water Polo | Boys and Girls Swim |
|-------|-------|-----------------|------------------|---------------------|
| Matthew Flanders | mflanders@smmusd.org | Varsity | Varsity | Varsity/JV |
| Syd Lovelace | NA | - | - | Varsity/JV |
| Taek Chang | tchang@smmsud.org | JV | - | - |
| Michael Laborde | - | JV | JV | |

**ISPE and Club Practice**

The rules have changed regarding ISPE and club practices. To be on the Samohi team you must be enrolled in 6th period.

That does not mean you can not play club water polo or swim. If you are a club athlete 6th period will be study hall for you in the pool classroom and you will be released at the end of 6th period to go to your club practice (on the days you have it).

You are still required to be at the Samohi meets/games.

**Shave Down**

All swimmers will be expected to shave down their bodies for swim prelims and finals

**Menstrual Cycle**

Girl swimmers and water polo players are required to play water polo/swim during their menstrual cycles. If you need to talk about strategies to do so, please either talk to a senior girl member of the team or myself. You can not take a week off and be a competitive athlete.

# 2021-22 Samohi Aquatics Athlete/Parent Contract

Signing this contract indicates that:

- I have read the "Samohi Aquatics Year Round Course Outline"
- I have signed up for the team email service (both athlete and parent)
- I understand that I will be held responsible for what is outlined in the "Samohi Aquatics Year Round Outline"
- I have read the game/meet schedule and understand that you are expected to attend those events
- I understand that there could be changes to policies and events, and that information will be emailed out when applicable.

X_____

*Print Athlete Name and then Sign/Date*


X_____

*Print Parent Name and the Sign/Date*


**TAKE A PIC OF THIS USING THE CAMSCANNER APP AND POST IT TO YOUR GOOGLE CLASSROOM**