## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.K., a minor | CASE NUMBER: |
| PLAINTIFF(S) | 2:23-cv-05032-SPG-MAA |
| v. | |
| Santa Monica-Malibu School Distict | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Documents

**REGARDING:**

| 9/13/2023 | 22 | Exhibit |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____ .
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

For reasons stated in the Notice of Deficiencies filed at Dkt. No. 23.

Dated: 9/19/2023

By: _____
U.S. District Judge