LAW OFFICE OF RESHMA KAMATH
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for Plaintiffs Minor B.K.,
and AYDIN KOCATASKIN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.K., a minor, by and through his guardian ad litem, and parent,<br><br>Plaintiffs,<br><br>v.<br>SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT; COLEEN DAVENPORT, an individual; ANTONIO SHELTON, an individual; JON KEAN, an individual; SANTA MONICA-MALIBU UNIFIED SCHOOL BOARD, an administrative body; and, DOES 5-10, INCLUSIVE,<br><br>Defendants | Case No.: 2:23-cv-05032-SPG-MAA<br><br>PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

1
PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

1. Plaintiffs request this Honorable Court to take judicial notice of **Exhibit F**.

2. A true and correct copy of **Exhibit F** attached is entitled "SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT NEWS RELEASE." The sub-title is "SMMUSD Provides Fraud Investigation Public Notice.", and dated "October 4, 2023," incorporated via reference herein.

Exhibit F was only promulgated on the undersigned date of October 4, 2023. This was not available prior to at the time of filing of the amended complaint, and/or any other exhibits. As much as this indicates evidence of governmental funding to Defendants SMMUSD and others while and prior to the initiation of the complaint and summons, it is in the public realm and is a news release.

Pursuant to Federal Rule of Evidence 201, a court may judicially notice a fact that is not subject to reasonable dispute because it is generally known or can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

Plaintiffs' request must be granted as to Exhibit F. Tellabs, Inc. v. Makor Issues & Rights, Ltd., 551 U.S. 308, 322 (2007) "[C]ourts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice."; see also Branch v. Tunnell, 14 F.3d 449, 454 (9th Cir. 1994) "[D]ocuments whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss"), overruled on other grounds by Galbraith v. Cty. Of Santa Clara, 307 F.3d 1119 (9th Cir. 2002).

Publicly accessible websites and news articles are proper subjects of judicial notice. Minor v. FedEx Office & Print Servs., Inc., 182 F. Supp.3d 966, 974 (N.D. Cal. 2016) (websites); Spitzer v. Aljoe, No. 13-05442 MEJ, 2016 WL 3275148, at *4 (N.D. Cal. June 15, 2016) (newspaper articles). The Court must take judicial notice

1  that these publications were atleast in the public realm at the time they were issued,
2  but not for the truth of their contents. Brodsky v. Yahoo! Inc., 630 F.Supp.2d 1104,
3  1111 (N.D. Cal. 2009); Von Saher v. Norton Simon Museum of Art at Pasadena, 592
4  F.3d 954, 960 (9th Cir. 2010) (citing Premier Growth Fund v. Alliance Capital Mgmt.,
5  435 F.3d 396, 401 n. 15 (3d Cir. 2006)); In re Disciplinary Proceedings of Yana, No.
6  2012-SCC-0017-ADA, 2014 WL 309314 (N.M.I. Jan. 28, 2014) ("Newspaper articles
7  generally, and statements during an interview specifically, are not always free of
8  reasonable dispute. Ordinarily, then, we only take 'judicial notice of publications
9  introduced to "indicate what was in the public realm at the time, not whether the
10 contents of those articles were in fact true,"'" quoting Von Saher); United States v.
11 Kane, No. 2:13-cr-250-JAD-VCF, 2013 WL 5797619, *9 (D. Nev. Oct. 28, 2013)
12 ("When a court takes judicial notice of publications like websites and newspaper
13 articles, the court merely notices what was in the public realm at the time, not whether
14 the contents of those articles were in fact true" (citations omitted)); Brodsky v. Yahoo!
15 Inc., 630 F. Supp. 2d 1104, 1111-12 (N.D. Cal. 2009) ("The Court also grants
16 Defendants' request [for judicial notice] as to Exhibits 31 through 47, Yahoo! Press
17 releases, news articles, analyst reports, and third party press releases to which the SAC
18 refers, but not for the truth of their contents" (emphasis added)).

19     Thus, Plaintiffs request the Honorable Court take judicial notice of Exhibit F.
20 ///
21 DATED: OCTOBER 04, 2023        LAW OFFICE OF RESHMA KAMATH

                                 */s/ Reshma Kamath*
                                 _____
                                 Reshma Kamath,
                                 Counsel for Plaintiffs
                                 B.K. and AYDIN KOCATASKIN

# PROOF OF SERVICE
F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

    I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States, and electronic-service address is reshmakamath2021@gmail.com. On October 4, 2023, I served the following document(s), by method(s) indicated below, on the parties in this action: *SEE ATTACHED SERVICE LIST*.

///

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

///

ELECTRONIC SERVICE In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6, AND ACQUIRED CONSENT OF ALL PARTIES;]

///

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 4th day of October 2023.

                                  */s/ Reshma Kamath*
                                  Reshma Kamath

SERVICE LIST

Joshua Bordin-Wosk
jbordinwosk@bordinsemmer.com
Ben Sampson
bsampson@bordinsemmer.com
BORDIN SEMMER LLP
6100 Center Dr #1100, Los Angeles, CA 90045
Phone: (323) 457-2110
Attorneys for Defendants

PLAINTIFFS' REQUEST FOR
JUDICIAL NOTICE

# EXHIBIT F

---------- Forwarded message ---------
From: **Santa Monica-Malibu USD** <district-bc@smmusd.org>
Date: Wed, Oct 4, 2023 at 10:24 AM
Subject: SMMUSD Provides Fraud Investigation Public Notice
To: <AYDINKOCATASKIN@gmail.com>

*\*\*District News\*\**

## SMMUSD Provides Fraud Investigation Public Notice

The Santa Monica-Malibu Unified School District (SMMUSD) has been involved in an investigation of a $2,933,511.64 fraudulent transaction involving construction funds that was first discovered in late August of this year. Thanks to the efforts of quick-acting District staff, Los Angeles County Office of Education (LACOE) staff, the Santa Monica Police Department (SMPD) and the Federal Bureau of Investigations (FBI), $2,733,305.38 was recovered leaving a shortfall of $200,206.26, which the District is aggressively pursuing.

"The District has not made a prior public comment regarding this incident to avoid interfering with on-going investigations and the recovery of the monetary shortfall," said Melody Canady, Assistant Superintendent of Fiscal Services. "While the investigations have not concluded and efforts are still underway to recover the shortfall, given the duration of time since the incident the District believes it appropriate to share the details of this incident with the community."

SMMUSD became aware that it was the victim of a carefully orchestrated online hack regarding a regular Electronic Funds Transfer to a current construction contractor, on August 28, 2023. It appears that a hacked email account was used to perpetrate this fraud. The SMMUSD technology department determined that a SMMUSD email account was *not* the source of the hack.

The District has made a demand of the company whose email appears to have been compromised to reimburse the District for the remainder. The special agent assigned to the case commended the staff for uncovering the fraud and acting quickly.

SMMUSD continues to use all means available to pursue the shortfall.

"The fiscal, purchasing and facility improvement departments have completed a review of procedures," said Canady. "Extensive safeguards have been implemented to prevent this type of incident from occurring in the future. We appreciate the quick efforts of our staff and all law enforcement officials involved who supported this outcome."

# # #

**File attachments:**
[Fraud stmt 100323 - both.pdf](#)

Note: The attachment link will be expired in three years. Download and save the content if required.

This e-mail has been sent to you by SANTA MONICA-MALIBU USD. To maximize their communication with you, you may be receiving this e-mail in addition to a phone call with the same message. If you no longer wish to receive email notifications from SANTA MONICA-MALIBU USD, please [click here](#) to unsubscribe.

To view the SANTA MONICA-MALIBU USD privacy policy, please [click here](#).



**SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT**
**NEWS RELEASE**

**CONTACT:  Gail Pinsker**
**310.450.8338, ext. 70230**
gpinsker@smmusd.org

**FOR IMMEDIATE RELEASE**
Oct. 4, 2023

## SMMUSD Provides Fraud Investigation Public Notice

The Santa Monica-Malibu Unified School District (SMMUSD) has been involved in an investigation of a $2,933,511.64 fraudulent transaction involving construction funds that was first discovered in late August of this year. Thanks to the efforts of quick-acting District staff, Los Angeles County Office of Education (LACOE) staff, the Santa Monica Police Department (SMPD) and the Federal Bureau of Investigations (FBI), $2,733,305.38 was recovered leaving a shortfall of $200,206.26, which the District is aggressively pursuing.

"The District has not made a prior public comment regarding this incident to avoid interfering with on-going investigations and the recovery of the monetary shortfall," said Melody Canady, Assistant Superintendent of Fiscal Services. "While the investigations have not concluded and efforts are still underway to recover the shortfall, given the duration of time since the incident the District believes it appropriate to share the details of this incident with the community."

SMMUSD became aware that it was the victim of a carefully orchestrated online hack regarding a regular Electronic Funds Transfer to a current construction contractor, on August 28, 2023. It appears that a hacked email account was used to perpetrate this fraud. The SMMUSD technology department determined that a SMMUSD email account was *not* the source of the hack.

The District has made a demand of the company whose email appears to have been compromised to reimburse the District for the remainder. The special agent assigned to the case commended the staff for uncovering the fraud and acting quickly.

SMMUSD continues to use all means available to pursue the shortfall.

"The fiscal, purchasing and facility improvement departments have completed a review of procedures," said Canady. "Extensive safeguards have been implemented to prevent this type of incident from occurring in the future. We appreciate the quick efforts of our staff and all law enforcement officials involved who supported this outcome."

# # #

**SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT**
**1717 4th Street, Santa Monica, CA 90404**
**ph; 310.450.8338   www.smmusd.org**
**Follow us on Twitter: @SMMUSD**
**Follow us on Instagram: @smmusd_official**

**SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT**
**NEWS RELEASE**

**CONTACT: Gail Pinsker**
**310.450.8338, ext. 70230**
gpinsker@smmusd.org

**FOR IMMEDIATE RELEASE**
Oct. 4, 2023

## Aviso público del SMMUSD en torno a la investigación de un fraude

El Distrito Escolar Unificado de Santa Mónica-Malibú (SMMUSD) ha estado participando en la investigación de una transacción fraudulenta por $2,933,511.64 de fondos para la construcción, que se descubrió originalmente a finales de agosto de este año. Gracias a los oportunos esfuerzos del personal del Distrito, el personal del Departamento de Educación del Condado de Los Ángeles (LACOE), el Departamento de Policía de Santa Mónica (SMPD), y el Buró Federal de Investigaciones (FBI), se recuperaron $2,733,305.38 y quedó un déficit de $200,206.26 que el Distrito está tratando de recuperar decididamente.

"El Distrito no había hecho un anuncio público en torno a este incidente para evitar interferir con la investigación en curso y la recuperación del déficit monetario", dijo Melody Canady, superintendente adjunto de servicios fiscales. "Aunque la investigación aún no ha concluido y continúan los esfuerzos por recuperar el balance mencionado, en tanto que ha transcurrido tiempo en que ocurrió el incidente, el Distrito considera apropiado compartir los detalles del mismo con la comunidad".

El SMMUSD se enteró que había sido víctima de un jaqueo en línea meticulosamente organizado relacionado a una transferencia electrónica de fondos regular a un contratista de la construcción, que se realizó el 28 de agosto de 2023. Al parecer se utilizó una cuenta de correo electrónico jaqueada para perpetrar este fraude. El departamento de informática del SMMUSD determinó que *no* fue una cuenta de correo electrónico del SMMUSD a través de la cual se realizó el jaqueo.

El Distrito ha exigido a la compañía cuyo correo electrónico parece haber estado comprometido a que reembolse la cantidad restante al Distrito. El agente especial asignado al caso felicitó al personal por haber descubierto el fraude y actuado con rapidez.

El SMMUSD está utilizando todas las maneras posibles para recuperar el déficit monetario.

"El departamento de finanzas, compras y mejoras de las instalaciones han realizado una revisión de los procedimientos", dijo Canady. "Se han puesto en marcha amplias formas de protección para evitar que este tipo de incidente ocurra en el futuro. Agradecemos los esfuerzos de nuestro personal y los representantes de los cuerpos de seguridad involucrados quienes contribuyeron a este resultado".

# # #