**LAW OFFICE OF RESHMA KAMATH**

RESHMA KAMATH Cal. Bar No. 333800

700 El Camino Real, Suite 120, #1084

Menlo Park, California 94025, United States

Phone number: 650 257 0719

E-mail address: reshmakamath2021@gmail.com

Counsel for Plaintiff AYDIN and B.K. KOCATASKIN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AYDIN KOCATASKIN, as guardian on behalf of B.K.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT; COLEEN DAVENPORT, an individual; ANTONIO SHELTON, an individual; JON KEAN, an individual; SANTA MONICA-MALIBU UNIFIED SCHOOL BOARD, an administrative body; and, DOES 5-10, INCLUSIVE,**<br><br>*Defendants* | Case No.: 2:23-cv-05032-SPG-MAA<br><br>*[Assigned to Honorable Judge Sherilyn Peace Garnett]*<br><br>**AMENDED DECLARATION OF RESHMA H. KAMATH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS;** *ALTERNATIVELY*, **REQUEST FOR LEAVE TO AMEND**<br><br>**Hearing**<br>**Date:  November 29, 2023**<br>**Time: 1:30 p.m. PT**<br>**Courtroom: 5C** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

1
DECLARATION

**AMENDED DECLARATION OF RESHMA KAMATH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; *ALTERNATIVELY*, REQUEST FOR LEAVE TO AMEND**

I, RESHMA H. KAMATH, declare:

1. In this afore-captioned case, I'm the counsel for Plaintiffs B.K. and Aydin Kocataskin who're Turkish-Muslim-Americans.

2. I'm licensed with the State Bar of California and in good standing. I'm over eighteen years of age.

3. The facts therein are within my personal knowledge and, if called as a witness herein, I can and will competently testify hereto.

4. I have served Defendants' attorney with a Waiver of the Service of the Summons for the newly-named Defendants, who're also state-actors for the Title IX receipt of the District's funding. The e-mail communication from me requested whether the Defendants' current attorney will accept and waive service for the individual natural person defendants that the second-amended complaint names.

5. The Defendants' attorney was non-responsive. Even prior communications with Defendants' attorneys for meet-and-confer were devoid of any merit.

6. On a different note, the clerk of the court had called me about the Exhibits. The clerk had asked whether "Mr. Kamath" is there and if "he" is available to speak. This was quite offensive. Nothing is "foreign" about this. The least the court can do in the year 2023 is to train the clerks/staff/court officers to have some cultural/racial/gender sensitivity while communicating with lawyers and litigants in their official capacities.

///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 18th day of October 2023 in Bay Area, California.

///

**DATED: OCTOBER 18, 2023**        **LAW OFFICE OF RESHMA KAMATH**

*/s/ Reshma Kamath*

_____
Reshma Kamath,
Counsel for Plaintiffs
B.K. and AYDIN KOCATASKIN

**AMENDED PROOF OF SERVICE**
F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

 I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States, and electronic-service address is reshmakamath2021@gmail.com. On October 18, 2023, I served the following document(s), by method(s) indicated below, on the parties in this action: *SEE ATTACHED SERVICE LIST.*
///
**AMENDED DECLARATION OF RESHMA H. KAMATH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; ALTERNATIVELY, REQUEST FOR LEAVE TO AMEND**
///
ELECTRONIC SERVICE In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6, AND ACQUIRED CONSENT OF ALL PARTIES;]
///
 I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 18th day of October 2023.

         */s/ Reshma Kamath*
         Reshma Kamath

4
DECLARATION OF RESHMA H. KAMATH

**SERVICE LIST**

Joshua Bordin-Wosk
jbordinwosk@bordinsemmer.com
Ben Sampson
bsampson@bordinsemmer.com
BORDIN SEMMER LLP
6100 Center Dr #1100, Los Angeles, CA 90045
Phone: (323) 457-2110
Attorneys for Defendants

DECLARATION OF RESHMA H. KAMATH